

# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF TENNESSEE

### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00087 |
| v. | ) | Judge Sharp |
| | ) | |
| MICHAEL CHARLES POORE | ) | |

## MOTION TO DISMISS FORFEITURE COUNT

Pursuant to Rule 48, *Federal Rules of Criminal Procedure*, the United States moves the Court to dismiss the Forfeiture Count only of the indictment in the above styled case, leaving the defendant charged only with one count of unarmed bank robbery. The defendant's attorney, Michael Holley, has reviewed this motion and has no objection to the Court granting it.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: *s/William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
ll0 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent via the Court's electronic filing system to Assistant Federal Public Defender Michael Holley, attorney for the defendant, this 10th day of July, 2012.

*/s/ William L. Deneke*
Assistant United States Attorney